UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )            No. 3:09-00182
                                    )            JUDGE CAMPBELL
EARL RAYMOND VANTREASE              )

ORDER

Pending before the Court is the Defendant's Motion To Dismiss Count One Of

Indictment (Docket No. 25).  The Court held a hearing on the Motion on January 6, 2011.  For

the reasons stated from the bench, the Motion is GRANTED, and Count One is DISMISSED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE